```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

| | | |
|---|---|---|
| BERNARD T. KENNEDY, III, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 3:12CV1123(RNC) |
| | : | |
| IMMEDIATE CREDIT RECOVERY, INC., | : | |
| | : | |
| Defendant. | : | |

## NOTICE

Rule 41(a) of the Local Civil Rules provides:

In civil actions in which no action has been taken by the parties for six (6) months or in which deadlines established by the Court pursuant to Rule 16 appear not to have been met, the Clerk shall give notice of proposed dismissal to counsel of record and pro se parties, if any. If such notice has been given and no action has been taken in the action in the meantime and no satisfactory explanation is submitted to the Court within twenty (20) days thereafter, the Clerk shall enter an order of dismissal. Any such order entered by the Clerk under this Rule may be suspended, altered, or rescinded by the Court for cause shown.

On June 14, 2013, after noting that no action had been taken in this case for four months, the court ordered the parties to file a status report by June 21, 2013. (Doc. #19.) The parties have not complied with the order.

As a result, this case is subject to being dismissed under Local Rule 41(a). Unless a satisfactory explanation of why it should not be dismissed is submitted to the court by **July 17, 2013**, the undersigned will recommend that it be dismissed.

SO ORDERED at Hartford, Connecticut this 27th day of June, 2013.

```
                         _____/s/_____
                         Donna F. Martinez
                         United States Magistrate Judge
```